UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 4:18-CR00975 RWS/JMB |
| BAILEY COLLETTA, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO TRAVEL

Comes now, Defendant Bailey Colletta, by and through counsel of record and for her Motion for Leave to Travel states to this Honorable Court as follows:

1. Defendant wishes to travel with her boyfriend, co-defendant Randy Hays, via automobile from St. Louis, MO to Paragould, AR. from December 14, 2018 to December 16, 2018. She will provide the exact location to her pre-trial services officer.

2. The purpose of the travel is to visit Mr. Hays' family for the holidays.

3. The travel was planned prior to the return of the Indictment in the above styled case.

4. Defendant's Initial Appearance was November 30, 2018. She was released on her own recognizance at that time.

5. Defendant's next court appearance is set for an Arraignment on December 6, 2018 at 9:30 a.m.

WHEREFORE, Defendant requests this Honorable Court to grant leave to travel and for any further orders this Court deems appropriate.

Respectfully submitted,

SINDEL NOBLE P.C.

/s/ Stephanie Howlett Fortus
STEPHANIE HOWLETT FORTUS, #48841
Attorney for Defendant
8000 Maryland Ave., Ste. 910
Clayton, MO  63105
314-721-6040
314-721-8545 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2018, a copy of the foregoing **DEFENDANT'S MOTION FOR LEAVE TO TRAVEL** was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri, Eastern Division and to be served by the operation of the Court's electronic filing system upon all attorneys of record.