IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:18CR00975 CDP/JMB |
| v. | ) | |
| | ) | |
| DUSTIN BOONE, | ) | |
| CHRISTOPHER MYERS, | ) | |
| RANDY HAYES, and | ) | |
| BAILEY COLLETTA, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW John A. Kilo and Michael W. Flynn, Kilo Flynn, Billingsley, Trame & Brown, P.C., and enters their appearance as attorneys for Defendant Bailey E. Coletta.

                                                KILO, FLYNN, BILLINGSLEY,
                                                TRAME & BROWN, P.C.

By: /s/ JOHN A. KILO
      JOHN A. KILO, #21674MO

By: /s/ MICHAEL W. FLYNN
      MICHAEL W. FLYNN, #23342MO
      Attorneys for Defendant Bailey Colletta
      5840 Oakland Avenue
      St. Louis, Missouri 63110
      TELE:    314/647-8910
      FAX:     314/647-3134
      E-MAIL: jkilo@kiloflynn.com
                    mflynn@kiloflynn.com

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2019, a copy of the foregoing Entry of Appearance was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri, Eastern Division and to be served by the operation of the Court's electronic filing system upon all attorneys of record.

/s/ JOHN A KILO / MICHAEL W. FLYNN