UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18 CR 975 CDP (JMB) |
| | ) | |
| DUSTIN BOONE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Currently pending before the Court is the Government's Motion for Leave to File Redacted Search Warrants and Applications and to Seal Original Search Warrants, Applications, and Returns.   [ECF No. 43; hereinafter "Motion"]   The Motion relates to nine search warrants, namely the warrants filed in the following cause numbers:    4:18 6003 PLC, 4:18 MJ 6004 PLC, 4:18 MJ 8 DDN, 4:18 MJ 1147 JMB, 4:18 MJ 1149 JMB, 4:18 MJ 1165 JMB, 4:18 MJ 1166 JMB, 4:18 MJ 1197 JMB, 4:18 MJ 3184 NCC.   With its Motion, the government submitted nine attachments which were redacted versions of the nine search warrants at issue.   The government asks that the Court for leave to file the unsealed copies of the redacted versions of the relevant search warrant documents in each of these nine cause numbers and that the Court order that the original versions remain under seal.

On January 18, 2019, the Court held a status hearing in this matter.   Counsel for each party was present.   At that time, the undersigned indicated that the Court would grant the pending motion and asked if any party objected.   No party objected.

Accordingly,

**IT IS HEREBY ORDERED** that, the Government's Motion for Leave to File

Redacted Search Warrants and Applications and to Seal Original Search Warrants,

Applications, and Returns [ECF No. 43] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, this Order applies only to the following cause

numbers:   4:18 6003 PLC, 4:18 MJ 6004 PLC, 4:18 MJ 8 DDN, 4:18 MJ 1147 JMB,

4:18 MJ 1149 JMB, 4:18 MJ 1165 JMB, 4:18 MJ 1166 JMB, 4:18 MJ 1197 JMB, 4:18 MJ

3184 NCC.

**IT IS FURTHER ORDERED** that, the Clerk's Office will file the redacted

copies of each of the respective nine search warrants in the nine referenced cause numbers

outlined above.

**IT IS FURTHER ORDERED** that the original search warrant documents in each

of the nine referenced cause numbers will be maintained under seal.

**IT IS FURTHER ORDERED** that, a copy of this Order will be filed in each of

the nine-referenced cause numbers.


*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

DATED:   18 JANUARY 2019

2