IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:18CR00975 CDP/JMB |
| v. | ) | |
| | ) | |
| DUSTIN BOONE, | ) | |
| CHRISTOPHER MYERS, | ) | |
| RANDY HAYES, and | ) | |
| BAILEY COLLETTA, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT BAILEY COLLETTA'S WAIVER OF PRETRIAL MOTIONS

COMES NOW Defendant Bailey E. Colletta, by and through counsel, and states to the Court as follows:

1. Counsel for Defendant has discussed the Court's Scheduling Order of February 25, 2019 (Doc. # 59), with Defendant Bailey Colletta and in particular, the May 10, 2019 deadline for filing pretrial motions.

2. Counsel has discussed with Defendant whether it was necessary or strategically advisable to file any pretrial motions at this time, and after consideration, Defendant has concurred with counsel that the filing of pretrial motions at this time was not necessary nor advisable at this time.

WHEREFORE, Defendant Bailey Colletta and her counsel of record hereby inform the Court that Defendant is not filing any pretrial motions and that Defendant agrees with this decision.

Respectfully submitted,

KILO, FLYNN, BILLINGSLEY,
TRAME & BROWN, P.C.

By:     /s/ JOHN A. KILO
        JOHN A. KILO, #21674MO

By:     /s/ MICHAEL W. FLYNN
        MICHAEL W. FLYNN, #23342MO
        Attorneys for
         Defendant Bailey Colletta
        5840 Oakland Avenue
        St. Louis, Missouri 63110
        TELE:     314/647-8910
        FAX:      314/647-3134
        E-MAIL: jkilo@kiloflynn.com
                  mflynn@kiloflynn.com

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2019, a copy of the foregoing Waiver of

Pretrial Motions was filed electronically with the Clerk of the Court in the United States

District Court, Eastern District of Missouri, Eastern Division and to be served by the operation

of the Court's electronic filing system upon all attorneys of record.

        /s/JOHN A. KILO / MICHAEL W. FLYNN