UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18 CR 975 CDP |
| ) | |
| DUSTIN BOONE, ) | |
| RANDY HAYS, ) | |
| CHRISTOPHER MYERS, and ) | |
| BAILEY COLLETTA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **jury trial** in this matter **as to all defendants:** Dustin Boone, Randy Hays, Christopher Myers, and Bailey Colletta is set for **Monday, August 19, 2019 at 8:30 a.m.** in Courtroom 14-South.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of June, 2019.