UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No.  S1 4:18 CR 975-4 CDP |
|  | ) |  |
| BAILEY COLLETTA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


*/s/Jennifer A. Winfield*
JENNIFER A. WINFIELD, 53350MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri    63102
(314) 539-2200

# CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2019, this motion was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

        Michael W. Flynn
        5840 Oakland Avenue
        St Louis, MO 63110
        mflynn@kiloflynn.com

            and

        Ryan D. Wilke Senior
        U.S. Probation Officer
         .

                                        /s/ *Jennifer A. Winfield*
                                        JENNIFER A. WINFIELD, 53350MO
                                        Assistant United States Attorney